

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br>JAVIER BONILLA-MENJIVAR,<br><br>　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>8:25-MJ-00903<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __November 13, 2025__ , _____, at __1:00__  ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　_(Other custodial officer)_

Dated: __November 10, 2025__　　　　　　　__/s/ Douglas F. McCormick__
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge